FILED
JUL 28 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

ALAN DEAN SECRIST )
   PLAINTIFF )
)
VS. )
LOUIE GLOSSIP ) CASE #
BRAD ABERNATHY )
ADVANCED CORRECTIONAL HEALTHCARE INC )
KNOX COUNTY SHERIFF'S OFFICE ) HONORABLE JUDGE:
KNOX COUNTY BOARD )
M.S.I. MECHANICAL SERVICES INC. )
   DEFENDANT(S) )

I. COMPLAINT:
UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. CODE
OTHER: STRICT LIABILITY, I.T.E.D., 8TH AMEND - CRUEL + UNUSUAL PUNISHMENT, NEGLECT, MAL-PRACTICE (ESTELLE V GAMBLE, U.S. SUP. CT. 1976) DELIBERATE INDIFFERENCE (WILSON V. SEITER, U.S. SUP. CT. 1991) ZONE OF DANGER RULE (1966)

II. PLAINTIFF:
PLAINTIFF: ALAN DEAN SECRIST
ADDRESS: 152 S KELLOGG ST GALESBURG IL 61401
SHERIFF ID #: 21056

III. DEFENDANT(S)

DEFENDANT: LOUIE GLOSSIP
TITLE: ADMINISTRATOR
PLACE OF EMPLOYMENT ADDRESS: 152 S KELLOGG ST., GALESBURG IL 61401

DEFENDANT: BRAD ABERNATHY
TITLE: CHIEF
PLACE OF EMPLOYMENT ADDRESS: 152 S KELLOGG ST., GALESBURG IL 61401

DEFENDANT: ADVANCED CORRECTIONAL HEALTHCARE INC.
TITLE: MEDICAL CONTRACTOR
PLACE OF EMPLOYMENT ADDRESS: 3922 W. BARING TRACE, PEORIA IL 61615

DEFENDANT: KNOX COUNTY SHERIFF'S OFFICE
TITLE: COMMANDER
PLACE OF EMPLOYMENT ADDRESS: 152 S. KELLOGG ST., GALESBURG IL 61401

DEFENDANT: KNOX COUNTY BOARD
TITLE: GOVERNING AGENCY
PLACE OF EMPLOYMENT ADDRESS: GALESBURG IL 61401

DEFENDANT: M.S.I. > MECHANICAL SERVICES INC.
TITLE: REPORTED REMEDIATION CONTRACTOR
PLACE OF EMPLOYMENT ADDRESS: 1144 MONMOUTH BLVD GALESBURG IL 61401

IV. DOES THE PLAINTIFF HAVE ANY OTHER ACTION AGAINST THE DEFENDANT(S) FOR THIS INJURY: YES (NO)
CASE #:           DATE:            COURT:

V. STATEMENT:

(A) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES:

(1) M.S.I. > MECHANICAL SERVICES INC OF GALESBURG, IS ALSO LIABLE AND RESPONSABLE FOR DAMAGES AND LOST LIFE DUE TO THE FACT THAT THEY ARE KNOWINGLY AND INTENTIONALLY MIS-HANDLING A VERY WELL DEFINED BIO HAZARD MATERIAL WITHIN A FACILITY THAT IS FORCEFULLY POPULATED WITH MULTIPLE U.S. CITIZENS (VICTIMS), DUE TO THEIR SEVERE PARTIALITY TO THE ADMINISTRATION, WHILE IN FACT FURTHERING THE ALREADY EXISTING EPIDEMIC AT THE KNOX COUNTY LAW ENFORCEMENT CENTER.

THEY ARE KNOWINGLY DEMOLIZING THIS BLACK MOLD IN A UNSAFE, UNRESTRAINED, NON-REGULATED MANNER, NOT FOLLOWING ANY E.P.A. MANDATED REGULATIONS TO MAINTAIN A SAFE ENVIROMENT FOR ANYONE (INCLUDING DEPUTY'S) WITHIN THIS FACILITY, IT IS HIGHLY PROBABLE DUE TO THE LACK OF SAFETY PROTOCOL BY M.S.I., THAT M.S.I. IS A NON-CERTIFIED MOLD SPECIALIST CLEARLY OPERATING OUTSIDE THEIR SCOPE OF KNOWLEDGE AND ABILITY. THIS IS A OBVIOUS ATTEMPT TO REMEDIATE A BIO HAZARD FROM A OCCUPIED ENVIROMENT AS QUICKLY AS POSSIBLE WITH OUT BEING NOTICED BY REGULATOR'S OF BIO HAZARD DEBRI AND BEFORE THEY GET CAUGHT VIOLATING E.P.A. REGULATIONS.

(a) EXAMPLE: IF M.S.I. WAS MOLD CERTIFIED THEY WOULD KNOW THEY HAVE TO POST BIO HAZARD SIGNS EVERYWHERE TO BE SEEN AT ALL TIMES TO WARN ALL IN THE FACILITY AND PUBLIC COMING INTO THE FACILITY.

(b) JUST LEARNED ON 5/2/2023 WHEN LOUIE GLOSSIP & BRAD ABERNATHY PULLED TOM HELMS INTO THEIR OFFICE AND HE COMPLAINED ABOUT THE BLACK MOLD EVERYWHERE, THEY INFORMED HIM THAT IT IS NOT BLACK MOLD, "QUOTE> IF IT WAS BLACK MOLD WE WOULD HAVE TO SHUT THE FACILITY DOWN," THIS MUST BE THE PRETENSE FOR DEMOING, WE GOT PICTURES OUT LAST NIGHT & WORKING ON SAMPLES NOW.

(B) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES CONTINUED:

   (1) ADMINISTRATION> HAS ADMITTED TO ORDERING A MOLD TEST SPRING OF 2021 AFTER WEST(21-4098) FILED THE 1ST COMPLAINT IN HOPES THAT THE TEST WOULD VINDICATE HIM, THE COUNTY, MEDICAL STAFF, AND SHERIFF'S OFFICE, BUT IT BACKFIRED. THE FACILITY TESTED VERY POSITIVE, ESPECIALLY AIR QUALITY, FULL OF BLACK MOLD SPORES, CAUSING IRREVERSABLE ORGAN AND TISSUE DAMAGE TO 1000'S OF VICTIM'S BEING FORCED TO LIVE IN THIS HOSTILE LIFE STEALING ENVIROMENT. THEY ADMITTED THEY HIRED WHAT LOOKS LIKE A NON-CERTIFIED MOLD CONTRACTOR, TO REMEDIATE THE BIO HAZARD (ADMINS. WORDS) IN A DISCRETE, FAST AS THEY CAN GET DONE MANNER, NO MATTER WHAT INJURY IT CAUSES THOSE VICTIM'S THAT ARE STILL BEING FORCED TO ENDURE THE EPIDEMIC AT HAND. CONFIRMED INFORMATION:

      (a) MULTIPLE GRIEVENCE RESPONSES TO DETAINEES, ESPECIALLY ONE BLAKE AARON HANS (22-4185 0086) ON 12/22/22

      (b) THE FACT THAT MANY AREA'S OF THE FACILITY ARE GUTTED OR PARTIALLY DEMOED AS OF 4/2023, INCLUDING DETAINEE CONTAINMENT AREAS.

WE WOULD LIKE TO POINT OUT THAT THE ADMINISTRATION HAS HAD A NEW MOLD FREE OFFICE, JUST SHORTLY AFTER THE BLACK MOLD WAS VERIFIED.

   (2) BOARD, COUNTY & SHERIFF'S OFFICE> THEY ARE ACCOUNTABLE DUE TO THE FACT THEY PERSONALLY INSPECTED THE MOLD AND KNOWING IT IS A EXTREME HEALTH CRISIS, ALL CAME TOGETHER TO WORK OUT THE DETAILS OF FUNDING AND ALLOCATING THOSE FUNDS TO THE LAW ENFORCEMENT CENTER TO ATTEMPT TO REMEDIATE THIS BIO HAZARD AS DISCRETELY AS POSSIBLE WITHOUT SHUTTING THIS MONEY MACHINE DOWN. DIRECT EVIDENCE THAT THEY HAVE FINAL DECISION AUTHORITY.

      (a) THIS IS A CONSPIRACY AND SHOULD BE TREATED AS SUCH

(C) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES CONTINUED:

(1) ADVANCED CORRECTIONAL HEALTHCARE INC > ARE LIABLE BEING FULLY AWARE OF THE ONGOING HEALTH CRISIS, EVEN EPIDEMIC AND NOT ADMINISTERING THE APPROPRIATE HEALTH SERVICES GAURANTEED TO ALL INDIVIDUALS UNDER THE U.S. CONSTITUTION, ESSENTIALLY DENYING ALL DETAINEE'S ANY FORM OF LIFE SAVING MEDICAL ATTENTION, IN THEIR OBVIOUS ATTEMPT OF PARTIALITY TOWARDS KNOX COUNTY JAIL AND IT'S ADMINISTRATORS, INCLUDING ALL COUNTY OFFICAL'S, FOR THE PURPOSE OF MAINTAINING THEIR CONTRACT TO PROVIDE SERVICES, WHICH THEY ARE CLEARLY NOT DOING.

(2) THEY ALSO HAVE A OBLIGATION OF OATH TO REPORT ANY TYPE OF HEALTH CRISIS-EPIDEMIC TO THE PROPER AUTHORITY'S. CLEARLY THEY ARE ALSO PART OF THE CONSPIRACY TO COVER UP.

STATEMENT CONTINUED:

(D) ADDITIONAL INFORMATION PERTAINING TO THIS HEALTH CRISIS:

(1) SEE INFORMATION WITHIN SUBMITTED SPEC. DIAGRAM.

(2) SEE INFORMATION IN COMPLAINTS > 21-4098, 21-4171, 22-4036, AMICK V 22-4054, 22-4144, 22-4180, 22-4185 OR 86, 22-4176, BERNAL V., 23-4095 R LEAKE V LEAKE V MAXWELL V GRIFFIN V V 23-4091 WHELCHEL V., 21-4117, CLAEYS III V., RYDEN V., THOMAS JR, MOORE V

(3) THERE IS EVEN A EXTENSIVE AMOUNT OF VISIBLE BLACK MOLD IN THE KITCHEN HANGING DOWN FROM CEILING, & HAS BEEN FOR A WHILE NOW.

(4) MARCH 9TH > LIBRARY FULL OF BLACK MOLD, VIEWED BY MANY DURING BIBLE STUDY, INCLUDING DEPUTY JR. ROBINSON AND PASTOR RICHARD & CHRIS, AND IT SMELT REAL BAD, EVERYONE WAS TALKING ABOUT IT. THIS WAS FOR TWO WEEKS. AS OF 4/2023 THEY COVERED THE CONTAMINATED SUBSTRAIGHT WITH DRYWALL AND WE CAN STILL SMELL IT.

(5) 5/4/23 LIBRARY CEILING SUBSTRAIGHT HAS BEEN DEMOED

STATEMENT CONTINUED:

(D) CONTINUED:

(5) FEB 16TH 2023, DETAINEE JEFFERT A. BOSAW (22-4144) WAS TAKEN TO A SPECIALIST TO HAVE A LUMP THAT HAS BEEN GROWING FOR OVER 7 YEARS IN HIS THROAT FINALLY LOOKED AT AFTER BEGGING AND ARGUEING WITH MEDICAL STAFF FOR ALMOST 18 MONTH'S, TO DISCOVER THAT THE CONTINUEOUS EXSPOSURE AND HIM BREATHING IN THIS SEVERE BIO HAZARD, HAS ALMOST CLOSED OFF HIS ENTIRE WIND PIPE FROM THE DIAPHRAM AT THE ENTRANCE BEING SWOLLEN 30x'S IT'S NORMAL SIZE.

THIS DISCOVERY WAS SO SHOCKING, THAT THE TRANSPORT DEPUTY THAT SUFFERS THE EXACT SAME ISSUE (MAYBE WORSE), WANTED TO RUSH BACK TO THE SAME SPECIALIST AFTER RETURNING JEFF BACK TO THE CONTAMINATED FACILITY.

(a) THERE ARE NOW 4 VICTIMS IN THE FACILITY REPORTING LUMPS THAT ARE CHOKING THEM. (6) AS OF 5/2/2023 THAT WE KNOW OF

(b) IT'S SO BAD, THAT WHEN BOSAW ROLLS ONTO HIS LEFT SIDE IN THE MIDDLE OF THE NIGHT, IT STOP'S HIS BREATHING.

THIS SCARES ME SO BAD, I DON'T WANT TO DIE THIS WAY!

(6) ONE DEPUTY HAS BEEN THREATENED TERMINATION BY THE ADMINISTRATOR FOR ATTEMPTING TO STAND UP FOR THE ABUSED VICTIMS.


(E) I HAVE BEEN DETAINED AND FORCED TO ENDURE THIS FATAL BIO-HAZARD, IN A MALICIOUS ATTEMPT TO INFLICT MAXIMUM I.I.E.D. NOW

(1) DATES EXPOSED:

(a) 5-29-15 TO 4-29-16

(b)          TO PRESENT

STATEMENT CONTINUED:

(F) THERE IS A IMMENSE AMOUNT OF RESEARCH AVAILABLE TO ANYONE, THAT NOT ONLY SHOWS THE SEVERE ORGAN AND TISSUE DAMAGE (THAT IS IRREVERSABLE) CAUSED BY BLACK MOLD EXPOSURE, BUT ALSO THAT THIS SINGLE INJURY, CAN AND WILL MANIFEST IN MANY DIFFERENT SYMPTOMS, EVEN THOUGH THE INJURY IS THE SAME, INDIVIDUALS CAN AND WILL HAVE DIFFERENT PERMANENT DAMAGES CAUSED BY THIS SAME BIO HAZARD.

(a) BLACK MOLD IS PROVEN DEADLY, AND EVERY MAN & WOMEN DETAINED HERE IS SERVING A DEATH SENTENCE AND MOST HAVE NOT EVEN BEEN CONVICTED OF A CRIME. AND NO ONE HAS DESERVED A DEATH SENTENCE THAT HAS BEEN CONVICTED.

(b) THERE HAS BEEN A MAJOR DUE PROCESS VIOLATION, TO BE SENTENCED TO DEATH WITHOUT A TRIAL FOR IT.

(c) DETAINEE'S HAVE BEEN GRIEVENCING THIS BIO HAZARD FOR YEARS, SOME GETTING THEIR GRIEVENCING TURNED OFF (BRANDON WILSON) AND THEN GETTING ASSAULTED BY STAFF WHEN HE TRIED TO STAND FOR WHAT RIGHTS HE THOUGHT HE HAD.

(6) THE MEDICAL STAFF AND DEPUTY'S ARE NOT ALLOWED TO SAY THE WORD 'MOLD' BY THREAT OF TERMINATION. THIS IS MOST LIKELY WHY 9 DEPUTY'S QUIT IN A 45 DAY TIME AROUND SEP 2022 WHEN M.S.T. WAS KNOCKING ALL THE SPORES DOWN ON THE DETAINEE'S DURING ROOF REPAIRS. WE DO PLAN ON CALLING THESE CO'S AS WITNESSES.

(a) THERE HAS BEEN ONE DETAINEE (KYLE TOMPKIN'S 23) THAT HAD KIDNEY FAILURE IN RESPONSE TO THIS LETHAL EXPOSURE.

(b) SPECIAL NOTE: THE ADMINISTRATION TOOK AWAY OUR TABLETS WHEN THEY FOUND OUT WE WERE USING THEM TO GET PICTURES OUT OF THIS BLACK MOLD.

STATEMENT CONTINUED:

(H) THIS COULD BE CONSIDERED GENOCIDE, DUE TO ALL THE CONTINUED LOSS OF LIFE BEING COMMITTED INTENTIONALLY BY ALL DEFENDANTS, WHETHER DIRECT OR INDIRECTLY.

(a) THE ONLY REASON THAT MAKES SENSE FOR THIS CONTINUEING ON THIS WAY, IS MONEY!

(b) THERE IS OBVIOUSLY A CONSPIRACY BY MULTIPLE PARTIES TO MAKE THIS HEALTH CRISIS GO AWAY, QUICKLY AND QUIETLY.

(c) THERE ARE MULTIPLE OATH'S OF OFFICE BEING INTENTIONALLY VIOLATED DURING THIS WELL KNOWN HEALTH CRISIS CURRENTLY AT THE KNOX COUNTY LAW ENFORCEMENT CENTER.

(I) HOW THIS SEVERE INJURY IS PERSONAL TO ME ALSO AT THIS TIME.

(a) I AM DEVELOPING RANDOM LUMPS THROUGH OUT MY BODY THAT SEAMS TO BE MOVING AND IF I PICK AT THEM THEY LEAVE SORES AND SCABS. I AM CONSTANTLY LOSING MY BREATH AND IT APPEARS TO BE GETTING WORSE WITHOUT ANY APPARENT CAUSE. AND EVERY SO OFTEN I BELIEVE THAT I MAY BE EXPERIENCING WHAT APPEARS TO BE SMALL SIEZURES.

(b) I'M EXPERIENCING CONSTANT HEADACHES AND THE POUNDING IS GETTING WORSE. I'M EXPERIENCING SOME SHORT AND SOME LONGER MOMENTS OF VERTIGO SOME OF WHICH CAUSES ME TO FALL OVER LIKE A DRUNK.

(c) I KNOW THAT ALL THE ORGAN AND TISSUE DAMAGE IS IRREVERSABLE THAT IS HAPPENING TO ME HERE, AND WITH MY AGE GETTING UP THERE, I AM VERY CONCERNED ABOUT ALL THE LIFE BEING STRIPPED FROM ME AND ALL THIS UNDUE SUFFERING BEING AFFLICTED UPON ME.

(J) I AM A FEDERAL DETAINEE THAT IS BEING DETAINED AT A PRIVATELY OWNED HOLDING FACILITY AS WE WERE JUST RECENTLY INFORMED BY ADMINISTRATION THROUGH A GRIEVENCE RESPONSE TO MAURICE CLAEYS II (23-4070) ON OR AROUND 5/19/23 (& VERIFIED BY DEPUTYS) THAT SINCE IT IS A PRIVATELY OWNED FACILITY, IT DOES NOT HAVE TO CONFORM TO THE SAME POLICIES OF GOVERNMENT OWNED FACILITIES IN THE STATE.

ORDER →

(a) WE NEED THE COURT TO ISSUE A WRIT TO DISCOVER OWNERSHIP SO THE OWNER CAN BE PROPERLY ADDED TO THE DEFENDANT(S) IN THIS ACTION AND ALL OTHERS.

(b) WE OBTAINED A COPY OF THE U.S. MARSHAL'S SERVICE POLICY DIRECTIVES TO INVESTIGATE JUST WHAT PROCEDURES AND GUIDELINES THIS FACILITY MUST FOLLOW TO BE ABLE TO HOLD FEDERAL DETAINEE'S SAFELY AND WHAT VIOLATIONS THEY ARE INTENTIONALLY COMMITTING.

(i) UNDER (C) PROCEDURES (1)(e)(1)
→ "THE DISTRICT WILL NOTIFY POD/OMC WHEN A PRISONER HAS A SERIOUS ILLNESS....." (BLACK MOLD IS A SEVERE INJURY)

UNDER (C) PROCEDURES (1)(e)(1)(a)
→ "THIS NOTIFICATION WILL INDICATE THE PRISONERS DIAGNOSIS AND SYMPTOMS." (BLACK MOLD) BY THE E.P.A, C.D.C. AND HEALTH DEPARTMENT, IS CONSIDERED AND KNOWN TO BE ONE OF THE MOST DEVASTATING AND SERIOUS HEALTH INJURIES.)

UNDER (C) PROCEDURES (1)(e)(1)(b)
→ "WHEN POD HAS VERIFIED THAT A PRISONER HAS A SERIOUS ILLNESS.... THE U.S. ATTORNEY, COURT AND DEFENSE COUNSEL MUST BE NOTIFIED." (BLACK MOLD IS A KNOWN SERIOUS HEALTH HAZARD & CAUSES ALL OCCUPIED FACILITIES TO BE CLOSED FOR

REMEDIATION BY CERTIFIED CONTRACTORS, SUCH AS THE ROCK ISLAND FEDERAL COURT HOUSE, TO PROTECT THOSE GOVERNMENT EMPLOYEE'S AND THE PUBLIC.

UNDER (C) PROCEDURES (d)(1)
→ "MUST BE REPORTED TO THE CDC". (ALL BIO-HAZARDS ARE SUPPOSE TO BE REPORTED TO THE CDC, EPA, AND HEALTH DEPARTMENT. FAILURE TO DO ANY OF THE ABOVE IS A INTENTIONAL VIOLATION OF THE USMS POLICIES AND MY DUE PROCESS.

(ii) UNDER (D) DEFINITIONS
(3) "SERVICES REQUIRED WHICH WITHOUT PROMPT CARE WOULD CAUSE UNDUE SUFFERING, PAIN, SIGNIFICANT OR IRREVERSABLE LOSS OF FUNCTION OR DEATH.... TO INCLUDE INJURY." (BLACK MOLD CAUSES PERMANENT SERIOUS ORGAN AND TISSUE DAMAGE, CAUSING SEVERE LOSS OF FUNCTION + DEATH. ALSO CANCER THAT WILL MANIFEST AT ANY TIME IN LIFE, AFTER EXPOSURE. FAILURE TO PROTECT, EQUAL PROTECTION, NEGLECT OR INTENTIONAL INJURY SUCH AS THIS, IS A SERIOUS DUE PROCESS VIOLATION). CRUEL AND UNUSUAL PUNISHMENT.

(6) "INFECTOUS AGENT"... (BLACK MOLD)... "OR IT'S TOXIC PRODUCT THAT RESULTS IN THE TRANSMISSION OF THAT AGENT..."

(9) "MEDICALLY NECESSARY HEALTH CARE.... UNTREATED WOULD LIKELY LEAD TO SIGNIFICANT LOSS OF FUNCTION, DETERIORATION OF HEALTH, UNCONTROLLED SUFFERING OR DEATH."

VI. IS THERE A GRIEVANCE SYSTEM: (YES)  NO
COMMENT: GRIEVANCING IS A DANGEROUS OPTION AT THIS FACILITY. DETAINEES ARE THREATENED WITH POTENTIAL DEATH (MICAH MOWEN), WHILE SOME ARE ADMINISTRATIVELY HARRASSED (GAVIN JONES), AND OTHERS ARE PHYSICALLY ASSAULTED (BRANDON WILSON) JUST TO NAME A FEW.

VII. HAVE YOU GRIEVENCED THIS INJURY: NO   (YES) TO A DEGREE, FEARING RETROBUTION FROM ADMINISTRATION ALSO.

VIII. RELIEF:
(a) PAIN AND SUFFERING         $500,000
(b) LOSS OF LIFE               $1,000,000
(c) ALL FUTURE MEDICAL         $1,500,000
(d) FUTURE LOSS OF INCOME      $1,000,000
(e) PUNATIVE DAMAGES           $1,000,000
(f) ANY ELSE THE COURT OF JURY SEES FIT

IX. THE PLAINTIFF DEMANDS THIS CASE TO BE TRIED BY A JURY: (YES)   NO

X.     BY SIGNING THIS COMPLAINT, I CERTIFY THAT THE FACTS STATED IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT, I MAY BE SUBJECT TO SANCTIONS BY THE COURT.

PAGES SUBMITTED: 11
SIGNED THIS DAY 22 OF July, 2023
PLAINTIFF SIGNATURE: Alan Secrist
PRINTED NAME: ALAN DEAN SECRIST
SHERIFF ID: 21056
ADDRESS: 152 S KELLOGG ST  GALESBURG IL 61401