Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Alan Dean Secrist** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-4122 |
| | ) |
| **Louie Glossip, Brad Abernathy,** | ) |
| **Advanced Correctional Healthcare Inc,** | ) |
| **Knox County Sheriff's Office** | ) |
| **Knox County Board, M.S.I.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Alan Dean Secrist's action against Defendants Louie Glossip, Brad Abernathy, Advanced Correctional Healthcare Inc, Knox County Sheriff's Office, Knox County Board and M.S.I. is dismissed.

**Dated: 6/3/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court